EDWARD F. JUSKA, Appellant, *v.* HOTEL GARAGE ANNEX, INC., Respondent.

Supreme Court, Appellate Term, First Department, January 13, 1943.

*Jacob S. Spiro* for appellant.

*Irving Koondel* for respondent.

*Per Curiam.* Proof of failure to return part and proof of damage to another part of the bailment delivered to defendant under contract established a *prima facie* case. As defendant did not show due care and that the failure to return and the damage occurred through a cause beyond its control, the complaint should not have been dismissed.

Judgment reversed and new trial ordered, with thirty dollars costs to appellant to abide the event.

All concur. Present — HAMMER, MILLER and McLAUGHLIN, JJ.